

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2017

No. 04-16-00796-CV

James **RAMIREZ**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** fka The Bank of New York, As Successor in Interest to JP Morgan Chase Bank, N.A., As Indenture Trustee for the New Castle Mortgage Securities Trust 2006-1,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04931
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The reporter's record was due on December 13, 2016. *See* TEX. R. APP. P. 35.1. Two days later, the court reporter filed a notification of late reporter's record. It states the reporter has not received a designation of record or payment for the record.

On December 19, 2016, we ordered Appellant to provide written proof to this court by December 29, 2016, that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee. We warned Appellant that if he failed to provide written proof as ordered, Appellant must file his brief with this court by January 18, 2017, and the court would only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

Appellant did not provide written proof as ordered, and he has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San

Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court